Location: GU10 Citation: N112027 SIDE: A

New Citation Search  New Hearing Search

05-00004

| Loc Code | United States District Court Violation Notice | |
|---|---|---|
| GU10 | | |
| Violation No | Print Officer Name | |
| N112027 | Williams, J.R. | |
| | Officer No | |
| | W9407 | |

N112027

**FILED**

DISTRICT COURT OF GUAM

MAR - 8 2005 mbo

MARY L.M. MORAN
CLERK OF COURT

①

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 02-07-05 / 1330
Offense Charged: CFR 228.7 / GCA § 70.42
Place of Offense: #205 Banyan Circle, South Finegayan Housing NCTS
Offense Description: PROHIBITION ON WEAPONS AND EXPLOSIVES - NO PERSON ENTERING ON PROTECTED SHALL CARRY OR POSSESS, EITHER OPENLY OR CONCEALED FIRE ARMS

| Defendant's Last Name | First Name | M I |
|---|---|---|
| WILLIAMS | MAURICE | E. |

Street Address: #205 BANYAN CIRCLE, S.FINEGAYAN NCTS

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| DEDEDO | GU | 96929 | 05-11-74 |

| Driver's License No | D L State | Social Security No. |
|---|---|---|
| 1228080722 | GU | 456430957 |

VEHICLE DESCRIPTION

| Vehicle Tag No | Vehicle Tag State | Year | Vehicle Make | Vehicle Color |
|---|---|---|---|---|
| | | | | |

A ☒ YOU MUST APPEAR IN COURT  SEE INSTRUCTIONS
B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS  SEE INSTRUCTIONS

___ I wish to terminate this matter by paying the collateral shown below, enclosed
___ I plead not guilty and promise to appear as required

YOUR COURT DATE

Court Address: UNITED STATES DISTRICT COURT
District OF GUAM
4th Floor, U.S. Courthouse
520 WEST Soledad Ave, Hagatna Gu 96910

Date:
Time:

Collateral (fine):   For payment by credit card, SEE INSTRUCTIONS

DD FORM 1805, SEP 1998   Original  CVB Copy   Previous edition is obsolete
(Accountable upon issuance to the offender and until passed to the Appropriate Central Violations Bureau (Magistrate Court))

STEVE CHIAPPETTA, Special Assistant U.S. Attorney

Dated: 08 March 2005