

MARY L.M. MORAN
CLERK OF COURT



# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CVB CITATION NO. N112027 |
| Plaintiff, | MAGISTRATE CASE CR-05-00004 |
| vs. | O R D E R |
| MAURICE E. WILLIAMS, | |
| Defendant. | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to March 8, 2005.

Dated this 11th day of March, 2005.

JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge
**DISTRICT COURT OF GUAM**